1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 11  UNITED STATES OF AMERICA | ) | No.  CR 10-0817 WHA |
| 12          v. | )<br>)<br>) | [~~PROPOSED~~] ORDER ESTABLISHING PROCEDURE FOR CRIME VICTIM NOTIFICATION PURSUANT TO 18 U.S.C. § 3771 |
| 13  SEUNG-KYU LEE, a.k.a. SIMON LEE;<br>    YEONG-UG YANG, a.k.a.<br>14  YEONG-WOOK YANG, a.k.a.<br>    YONG-SHU YANG, a.k.a. YONG-SHU<br>15  LIANG, a.k.a. YOUNG-UK YANG, a.k.a.<br>    YEONG-EUG YANG, a.k.a. ALBERT<br>16  YANG; and JAE-SIK KIM, | )<br>)<br>)<br>)<br>)<br>)<br>) | |
| 17              Defendants. | ) | |

19   On this date the Court considered the Motion to Establish Procedure for Crime Victim

20   Notification Pursuant to 18 U.S.C. § 3771, filed by the United States Department of Justice,

21   Antitrust Division.  Having considered the Motion and for good cause shown, the Court

22   GRANTS the Motion and ORDERS that for any public court proceeding, or any parole

23   proceeding, involving the crime or any release or escape of the accused in this case, the Antitrust

24   Division may provide reasonable, accurate, and timely notice through its web site,

25   http://www.justice.gov/atr and through letters to lead counsel for the direct and indirect purchaser

26   plaintiffs in the class action entitled *In re Cathode Ray Tube (CRT) Antitrust Litigation*, Civil

27   Action No. 07-5944-SC, MDL No. 1917, rather than individual notices to the crime victims.

28   //

**[~~PROPOSED~~] ORDER**
**CR-10-0817 WHA**

1    **IT IS SO ORDERED.**

2

3    Dated:  March 3 _____, 2011



[~~PROPOSED~~] ORDER
**CR-10-0817 WHA**

-2-